IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AVRAM ANTONE,
          Plaintiff,

     v.

M.D.C. HOLDINGS, INC.,
          Defendant.

2:07-cv-699-GEB-KJM

ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE

On July 31, 2007, the parties filed a proposed order approving the parties' stipulation for Plaintiff to file a First Amended Complaint. However, Federal Rule of Civil Procedure 15(a) states that "a party may amend [its] pleading only by leave of court *or* by written consent of the adverse party." Fed. R. Civ. P. 15(a) (emphasis added). Accordingly, the parties have not shown why their proposed order is required, and it will not be signed.[1]

Further, the status (pretrial scheduling) conference scheduled for August 13, 2007, is continued to October 1, 2007, at

---

[1] Plaintiff's proposed First Amended Complaint, which has only been filed as an exhibit to the parties' stipulation, does not effectuate amending the complaint.

1

1  9:00 a.m.  A further joint status report shall be filed no later than
2  fourteen days prior to the status conference.[2]
3          IT IS SO ORDERED.
4  Dated:  August 7, 2007
5
6  _____
   GARLAND E. BURRELL, JR.
7  United States District Judge

---

25  [2]   The failure of one or more of the parties to participate in
26  the preparation of the Joint Status Report does not excuse the other
    parties from their obligation to timely file a status report in
27  accordance with this Order.  In the event a party fails to participate
    as ordered, the party timely submitting the status report shall include
28  a declaration explaining why it was unable to obtain the cooperation of
    the other party or parties.

2